ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: scott.joiner@usdoj.gov

Attorneys for United States of America

FILED
DEC -5 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3 18 71724 SK |
| Plaintiff, | |
| v. | MOTION TO SEAL AND [PROPOSED] SEALING ORDER |
| BRANDON FRERE, | [UNDER SEAL] |
| Defendant. | |

MOTION TO SEAL

1    The United States hereby moves the Court for an order sealing this Motion, any Order ruling on
2 this Motion, the Complaint, the Arrest Warrant, and all other related documents in the above-captioned
3 case until further order of the Court. The reason for this request is that disclosure of the existence of the
4 Complaint and Arrest Warrant could compromise the integrity of the investigation. The requested
5 sealing is reasonably necessary to protect against the potential destruction of evidence and to prevent the
6 possible flight of the defendant.
7    The United States also requests that, notwithstanding any sealing order, the Clerk of Court be
8 required to give copies of the sealed documents to employees of the United States Attorney's Office,
9 and that they be permitted to provide working copies to special agents and other investigative and law
10 enforcement officers of the Federal Bureau of Investigation, federally deputized state and local law
11 enforcement officers, other government and contract personnel acting under the supervision of such
12 investigative or law enforcement officers, and telecommunications companies as necessary to effectuate
13 the Court's Order.

15 DATED: December 5, 2018                    Respectfully Submitted,

16                                            ALEX G. TSE
                                              United States Attorney

19                                            SCOTT D. JOINER
                                              Assistant United States Attorney

MOTION TO SEAL

## [PROPOSED] SEALING ORDER

Based upon the motion of the United States and for good cause shown regarding the need to ensure the safety of law enforcement agents in the execution of the warrant, to protect against the potential destruction of evidence, and to prevent the possible flight of the defendant, the Motion, the Complaint, the Arrest Warrant, this Sealing Order, and all other related documents shall be sealed until further order of the Court. Endorsed, filed copies shall be provided to the United States Attorney's Office, which shall be permitted to provide working copies to Special Agents of the Federal Bureau of Investigation, federally deputized state and local law enforcement officers, other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and telecommunications companies as necessary to effectuate the Court's Order.

IT IS SO ORDERED.

DATED: 12-5-18

HON. SALLIE KIM
United States Magistrate Judge

MOTION TO SEAL