ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Scott.Joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-MJ-71724 SK |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM DECEMBER 21, 2018 TO FEBRUARY 27, 2019; [PROPOSED] ORDER |
| v. | |
| BRANDON FRERE, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Brandon Frere, that time be excluded under the Speedy Trial Act from December 21, 2018 through February 27, 2019.

The parties appeared for a status conference on December 21, 2018 and requested a continuance until February 27, 2019 for further status. The defendant again waived the time for a preliminary hearing on the Complaint under Rule 5.1 of the Federal Rules of Criminal Procedure until the next status conference. The Court granted the request for a continuance.

The parties hereby request that the time from December 21, 2018 through and including February 27, 2019 be excluded under the Speedy Trial Act in light of the complexity of the case (which the government believes involves in excess of 40,000 victims and tens of thousands of pages of

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 18-MJ-71724 SK

documents), the time available for indictment, and for effective preparation of counsel.

The parties therefore stipulate and agree that excluding time from December 21, 2018 through and including February 27, 2019 will allow for the effective preparation of counsel and is appropriate based on the complexity of the case and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The parties further stipulate and agree that the ends of justice served by excluding the time from December 21, 2018 through and including February 27, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

DATED: December 24, 2018             _____/s/_____
                                     SCOTT D. JOINER
                                     Assistant United States Attorney

DATED: December 24, 2018             _____/s/_____
                                     EDWARD W. SWANSON
                                     SWANSON & MCNAMARA LLP
                                     Counsel for Defendant Brandon Frere

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 18-MJ-71724 SK

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made by the parties on December 21, 2018 and for good cause shown, the Court finds that failing to exclude the time from December 21, 2018 through and including February 27, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that excluding the time from December 21, 2018 through and including February 27, 2019, is appropriate in light of the complexity of the case, which the government represents involves in excess of 40,000 victims and tens of thousands of pages of documents, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The Court further finds that the ends of justice served by excluding the time from December 21, 2018 through and including February 27, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 21, 2018 through and including February 27, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED: _____                    _____
                                                                                    HON. SALLIE KIM
                                                                                    UNITED STATES MAGISTRATE JUDGE