DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Scott.Joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON FRERE,<br><br>    Defendant. | NO. CR 18-MJ-71724 SK<br><br>STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM FEBRUARY 27, 2019 TO APRIL 24, 2019; [~~PROPOSED~~] ORDER |

For the reasons set for the below, the parties jointly request that the status hearing currently scheduled for February 27, 2019 be continued to April 24, 2019 at 9:30 AM before the duty magistrate judge.

It is further stipulated by and between counsel for the United States and counsel for the defendant, Brandon Frere, that time be excluded under the Speedy Trial Act from February 27, 2019 through April 24, 2019.

The parties appeared for a status conference on December 21, 2018 and requested a continuance until February 27, 2019 for further status. The defendant again waived the time for a preliminary hearing on the Complaint under Rule 5.1 of the Federal Rules of Criminal Procedure until the next status conference. The Court granted the request for a continuance.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 18-MJ-71724 SK

The parties now request that the time from February 27, 2019 through and including April 24, 2019 be excluded under the Speedy Trial Act in light of the complexity of the case (which the government believes involves in excess of 40,000 victims and tens of thousands of pages of documents), the time available for indictment, and for effective preparation of counsel.

The parties stipulate and agree that excluding time from February 27, 2019 through and including April 24, 2019 will allow for the effective preparation of counsel and is appropriate based on the volume of discovery, the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The parties further stipulate and agree that the ends of justice served by excluding the time from February 27, 2019 through and including April 24, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

The defendant continues to waive the time for a preliminary hearing on the Complaint under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested status conference on April 24, 2019.  The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

DATED: February 15, 2019

_____/s/_____
SCOTT D. JOINER
Assistant United States Attorney

1  DATED: February 15, 2019                              /s/
2                                                         EDWARD W. SWANSON
                                                          SWANSON & MCNAMARA LLP
3                                                         Counsel for Defendant Brandon Frere

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 18-MJ-71724 SK

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, the status hearing scheduled for February 27, 2019, is hereby continued to April 24, 2019 at 9:30 AM before the duty magistrate judge.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court further finds that failing to exclude the time from February 27, 2019 through and including April 24, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that excluding the time from February 27, 2019 through and including April 24, 2019, is appropriate in light of the volume of discovery and the complexity of the case, which the government represents involves in excess of 40,000 victims and tens of thousands of pages of documents, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

 The Court further finds that the ends of justice served by excluding the time from February 27, 2019 through and including April 24, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 27, 2019, through and including April 24, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of

/ /

/ /

/ /

[PROPOSED] ORDER EXCLUDING TIME
CR 18-MJ-71724 SK

1 | the Federal Rules of Criminal Procedure.  The court finds good cause for doing so.

2 |     IT IS SO ORDERED.

4 | DATED: __February 20, 2019__

                        HON. ~~SALLIE KIM~~ LAUREL BEELER
                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER EXCLUDING TIME
CR 18-MJ-71724 SK