DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Scott.Joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> BRANDON FRERE, <br>     Defendant. | NO. CR 18-MJ-71724 <br><br> STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM APRIL 24, 2019 TO MAY 23, 2019; [PROPOSED] ORDER |

    For the reasons set for the below, the parties jointly request that the status hearing currently scheduled for April 24, 2019 be continued to May 23, 2019 at 9:30 AM before the duty magistrate judge.

    It is further stipulated by and between counsel for the United States and counsel for the defendant, Brandon Frere, that time be excluded under the Speedy Trial Act from April 24, 2019 through May 23, 2019.

    The parties appeared for a status conference on December 21, 2018 and requested a continuance until February 27, 2019 for further status. The defendant waived the time for a preliminary hearing on the Complaint under Rule 5.1 of the Federal Rules of Criminal Procedure until the next status conference. The Court granted the request for a continuance. The Court later granted the parties another

stipulated continuance from February 27, 2019 to April 24, 2019, that similarly excluded time and waived the time for a preliminary hearing.

As part of the currently requested continuance, the parties request that the time from April 24, 2019 through and including May 23, 2019 be excluded under the Speedy Trial Act in light of the complexity of the case (which the government believes involves in excess of 40,000 victims and hundreds of thousands of pages of documents), the time available for indictment, and for effective preparation of counsel.

The parties stipulate and agree that excluding time from April 24, 2019 through and including May 23, 2019, will allow for the effective preparation of counsel and is appropriate based on the volume of discovery, the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The parties further stipulate and agree that the ends of justice served by excluding the time from April 24, 2019 through and including May 23, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

The defendant continues to waive the time for a preliminary hearing on the Complaint under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested status conference on May 23, 2019.  The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

//

//

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 18-MJ-71724

1 | SO STIPULATED.

2

3 | DATED: April 19, 2019

/s/
SCOTT D. JOINER
Assistant United States Attorney

6 | DATED: April 19, 2019

/s/
EDWARD W. SWANSON
SWANSON & MCNAMARA LLP
Counsel for Defendant Brandon Frere

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 18-MJ-71724

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the status hearing scheduled for April 24, 2019, is hereby continued to May 23, 2019 at 9:30 AM before the duty magistrate judge.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court further finds that failing to exclude the time from April 24, 2019 through and including May 23, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that excluding the time from April 24, 2019 through and including May 23, 2019, is appropriate in light of the volume of discovery and the complexity of the case, which the government represents involves in excess of 40,000 victims and hundreds of thousands of pages of documents, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The Court further finds that the ends of justice served by excluding the time from April 24, 2019 through and including May 23, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 24, 2019 through and including May 23, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).  The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of

/ /

/ /

/ /

the Federal Rules of Criminal Procedure.

      IT IS SO ORDERED.

DATED: _____        _____

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE