Edward W. Swanson, SBN 159859
ed@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for BRANDON FRERE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON FRERE<br><br>    Defendant. | CASE NO. 3:18-mj-71724 (SK)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

### STIPULATION

Defendant Brandon Frere, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Scott D. Joiner, hereby stipulate and agree as follows:

1) On December 10, 2018 Magistrate Judge Sallie Kim granted Mr. Frere pretrial release on a $3,000,000 secured bond. Mr. Frere's conditions of release included, amongst other conditions, electronic (LMON) monitoring and periodic drug testing. Dkt. 7.

2) On January 31, 2019, pursuant to a stipulation of the parties, Mr. Frere's conditions of release were modified. The modifications included replacing the LMON monitoring condition with electronic monitoring via GPS. Dkt. 18.

3) Mr. Frere has been on pretrial release under the modified conditions without incident since that time.

4) The parties, therefore, stipulate and hereby request that Mr. Frere's conditions of pretrial release be modified to: (1) remove the electronic monitoring condition; and (2) remove the periodic drug testing condition.

5) All other conditions of Mr. Frere's pretrial release remain in effect.

6) Pretrial Services Officer Nelson Barao has no objection to the proposed modification.

**IT IS SO STIPULATED.**

DATED:    July 22, 2019

                    /s/
SCOTT D. JOINER
Assistant United States Attorney

                    /s/
EDWARD W. SWANSON
Swanson & McNamara LLP
Attorneys for BRANDON FRERE

/ / /

**ORDER**

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that Mr. Frere's conditions of Pretrial Release are modified in the following respects: (1) to remove the electronic monitoring condition; and (2) to remove the periodic drug testing condition.

DATED: _____

HON. SALLIE KIM
United States Magistrate Judge